## SUZANNE M. SEARLES *v.* BOARD OF EDUCATION OF THE TOWN OF WEST HARTFORD ET AL.
### (14107)

Spear, Hennessy and Freedman, Js.

Argued December 6, 1995—decision released January 9, 1996

*Suzanne M. Searles*, pro se, the appellant (plaintiff).

*Marjorie Wilder*, corporation counsel, for the appellee (defendant).

PER CURIAM. The decision of the compensation review board is affirmed.